

Photo 001



Photo 002



Photo 003



Photo 004

**EXHIBIT 3**



Photo 005




Photo 006



Photo 007



Photo 008



Photo 009



Photo 010



Photo 011



Photo 012



Photo 013



Photo 015



Photo 014

**NWOGA, Linda (id # 0, dob: /1984)**

ALLCARE

CAPITAL HEALTHCARE PC
ALLCARE ALEXANDRIA
3117 DUKE STREET
ALEXANDRIA, VA 22314-4158
Phone: (703) 751-8800
Fax: (844) 899-5215

Date: 01/07/2023
RE: Linda Nwoga, DOB: 1984, PT ID # 580

TO WHOM IT MAY CONCERN

Linda Nwoga has been diagnosed with a mold allergy based on her recurrent and long-lasting rhinosinusitis associated with the elevated mold levels on her current unit. It would be detrimental to her health for her to continue under these conditions. She, therefore requires an office in a different unit, in a part of the hospital that does not share HVAC connection to her current office.

Thank you

Sincerely,

Electronically Signed by: TREYA BROWNING, DO

**EXHIBIT 4**

ALLCARE

CAPITAL HEALTHCARE PC
ALLCARE ALEXANDRIA
3117 DUKE STREET
ALEXANDRIA, VA 22314-4158
Phone: (703) 751-8800
Fax: (844) 899-5215

## Return to Work / School

**Patient:** Nwoga, Linda
**DOB:** 1984
**Address:** 5500 Holmes Run Pkwy/Apt 1418
Alexandria, VA 22304-2854

**Date:** 02/09/2023
**Patient ID** 8580

Note to patient:

_x__ Was seen in my office on: 02/09/2023

_x__ It is medically necessary for the patient to work remotely from home due to health complications she is suffering due to poor indoor quality at her place of employment.

___ May not return to work/school on: ________________________________

___ Work limitations: ________________________________

___ May not participate in physical education: ________________________________

___ May return to physical education: ________________________________

___ Limitations for physical education: ________________________________

Sincerely,

Gandharv Telhan

Electronically Signed by: GANDHARV TELHAN, DO

ALLCARE

CAPITAL HEALTHCARE PC
ALLCARE ALEXANDRIA
3117 DUKE STREET
ALEXANDRIA, VA 22314-4158
Phone: (703) 751-8800
Fax: (844) 899-5215

## Return to Work / School

**Patient:** Nwoga, Linda
**DOB:** /1984
**Address:** 5500 Holmes Run Pkwy/Apt 1418
Alexandria, VA 22304-2854

**Date:** 03/02/2023
**Patient ID:** 0

Note to patient:

_x_ Was seen in my office on: 03/02/2023

After reviewing the results of patient's CT scan of the sinuses, she is no longer permitted to work on site at the Northern Virginia Mental Health Institute due to her diagnosis of Allergic Fungal Sinusitis (ICD 10 Code J32.9). It is medically necessarry for the patient to work remotely from home to prevent additional upper respiratory complications from mold exposure. The previously discussed accommodations of an air filter and reduced mold exposure at work are not adequate in light of the new findings on the CT scan of the sinuses. Prior to working at Northern Virginia Mental Health Institute the patient did not have any history of upper respiratory or lower respiratory complications. It is clear that the mold exposure from working at the Northern Virgininia Mental Health Institute is responsible for the patient's symptoms. It is medically necessary for her to work remotely from now on, she is not permitted to work on site at this facility. The Allergic Fungal Sinusitits has lead to diffuclty breathing, difficulty concentrating, insomnia and Ms. Nwoga is not able perform her duties at work that require meeting with patients/people in person. She is unable to provide clinical services in person. She is unable to attend meetings in person. She is unable to perfrom any strenuous activities such as restraining patients, she is not permitted to work more than 40 hours/week.

Sincerely,

Gandharv Telhan

Electronically Signed by: GANDHARV TELHAN, DO

# COMMONWEALTH of VIRGINIA

AMY SMILEY, MSW, MBA
HOSPITAL DIRECTOR

DEPARTMENT OF
BEHAVIORAL HEALTH AND DEVELOPMENTAL SERVICES
NORTHERN VIRGINIA MENTAL HEALTH INSTITUTE
3302 Gallows Road, Falls Church, Virginia 22042-3398

Telephone (703) 207-7100
Fax (703) 207-7160
www.nvmhi.dbhds.virginia.gov

March 31, 2023

Dr. Linda Nwoga
5500 Holmes Run Pkwy Apt 1418
Alexandria, VA 22304

RE: Response to ADA Accommodation Request/Employment Status

Dear Dr. Nwoga

This letter is to inform you that your request for workplace accommodations has been given careful consideration, but we are unable to accommodate your medical request of teleworking full-time due to your essential job functions and business needs at NVMHI.

The requests that you've made in November 2022 include the following. An office move to AB7 that was approved by your direct supervisor. At your request, your assigned office K-212 was tested for mold on December 8, 2022 by a third party vendor. The results of that test were shared with you on December 28, 2022. The test results indicated that there was an excessive amount of mold; however, less than the outdoor mold count. As a result, your office vents were cleaned, and an additional test was requested and completed on January 11, 2023. The test results were considered acceptable.

On January 9, 2023 Human Resources approved a medical accommodation to have your office location moved. As a result, you were moved to office C-123 temporarily while we located a permanent more suitable location. On January 30, 2023 you were permanently moved to office E-208.

On February 7, 2023, you shared concerns with human resources that office E-208 is causing upper respiratory issues due to mold. NVMHI hired a third-party vendor to have this office tested. During the same time period, Human Resources received a doctor's note dated, February 9, 2023 that stated it was medically necessary for you to work from home as an accommodation because of health complications due to poor air quality in your office. Your accommodation to work from home was temporarily approved while the vendor tested office E-208. On February 22, 2023, the test results were reviewed with you, and you were given a copy of the test results which indicated "acceptable range" stating that these results were less than outdoor spore levels. However, your doctor did not release for you to return to work.

**EXHIBIT 5**

On March 2, 2023, a medical note was submitted to human resources by your doctor that states you are not permitted to work at the facility, perform duties that require interacting with individuals or meeting with patients on site, provide in-person clinical services, and perform any strenuous activities such as patient restraint. This medical note also stated that a surgical mask, air filter and reduced mold exposure at work are not an adequate accommodation. The facility provided you with a camera and technological support so that you could attend some meetings and conduct telehealth sessions. These accommodations were temporary and not intended to be permanent.

Your role as a Psychology Associate requires you to observe patients in the milieu, which is a critical component of assessment and evaluation. Examples of such assessments include, but are not limited to suicide risk assessment, assessment of self-harm, violence risk assessment, privileging requests, Annual Continuation of Confinement Reports, Initial Comprehensive Psychological Assessments, and Annual Psychological Assessments. Patients who would prefer to meet with their psychology associate without another person present would not always be afforded such an opportunity due to safety concerns.

Additionally, the Psychology Associate position must be able to effectively provide coverage on the department rotation schedule covering both NGRI and acute units. Often, especially on the acute units, rounding is done spontaneously based on needs. The Psychologist Associate position is also required to respond to behavioral emergencies on the units, which is a required function of all trained clinical staff. Psychology presence is critical given skills related to de-escalation and behavior management as well as the need for staff to apply restraint if unavoidable and indicated.

Therefore, it has been determined that the facility cannot grant your request for accommodation to telework full-time on a permanent basis. If you are unable to provide a medical release to return to work, full duty by April 4, 2023 at 5:00 p.m. your employment will be terminated by April 5 2023, as a probationary status employee, which is in accordance with DHRM policy, 1.45, Probationary Period.

Should you have any questions regarding this matter, please contact me at (703) 645-4004 or the Human Resources Director, Eileen Elliott at (703) 645-3131

Sincerely,

Dr. Azure Baron
Director of Psychology and Forensic Services

______________________________ ____________
Employee Signature Date

cc: Personnel File

# COMMONWEALTH of VIRGINIA

AMY SMILEY, MSW, MBA
*HOSPITAL DIRECTOR*

*DEPARTMENT OF*
*BEHAVIORAL HEALTH AND DEVELOPMENTAL SERVICES*
***NORTHERN VIRGINIA MENTAL HEALTH INSTITUTE***
3302 Gallows Road, Falls Church, Virginia 22042-3398

Telephone: (703) 207-7100
Fax: (703) 207-7160
www.nvmhi.dbhds.virginia.gov

April 5, 2023

Linda Nwoga, Ph.D.
5500 Holmes Run Pkwy, Apt. 1418
Alexandria, VA 22304

**RE: Probationary Status**

Dear Dr. Nwoga,

This letter is to inform you that your employment as a classified Psychology Associate with Northern Virginia Mental Health Institute (NVMHI) is being terminated during probation effective April 5, 2023, as we are unable to accommodate your request for a medical accommodation.

This action is in accordance with the *Department of Human Resources Management's DHRM Probationary Period Policy, 1.45.* A Human Resources Analyst will contact you to discuss the exit process to include the collection of your NVMHI keys, name badge, parking decal as well as electronic equipment.

Should you have any questions regarding this matter, please contact me at (703) 645-4004 or the Human Resources Office at (703) 645-3131.

Sincerely,

Azure Baron

Azure Baron, Psy.D., CSOTP
Director of Psychology and Forensic Services

**Employee Signature** **Date**

cc: Personnel File

**EXHIBIT 6**